**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. 06 - CV - 02405 ꞵnꞵ

DEC 1 - 2006

(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

GREGO../ C. LANGHAM
CLERK

GEORGETTE BUCHANAN,

    Plaintiff,

v.

W. TERRY RUCKREIGLE, Summit County District Judge 5th District, and
KAREN ANN ROMEO, Chief Deputy District Attorney 5th District Summit County,

    Defendants.

---

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

    Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. §1915, and a Prisoner Complaint. As part of the court's review

pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted

documents are deficient as described in this order. Notwithstanding the deficiencies,

the clerk of the court will be directed to commence a civil action. Plaintiff will be

directed to cure the following if she wishes to pursue her claims. Any papers which the

Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   ___     is not submitted
(2)   ___     is missing affidavit

(3)   __X__   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing (Account statement submitted is not certified by a prison official and does not cover the entire 6-month period.)

(4)   ___   is missing required financial information

(5)   ___   is missing an original signature by the prisoner

(6)   __X__   is not on proper form (must use the court's current form)

(7)   ___   names in caption do not match names in caption of complaint, petition or habeas application

(8)   ___   An original and a copy have not been received by the court. Only an original has been received.

(9)   ___   other _____

**Complaint, Petition or Application:**

(10)   ___   is not submitted

(11)   ___   is not on proper form (must use the court's current form)

(12)   ___   is missing an original signature by the prisoner

(13)   ___   is missing page nos. ___

(14)   ___   uses et al. instead of listing all parties in caption

(15)   ___   An original and a copy have not been received by the court. Only an original has been received.

(16)   ___   Sufficient copies to serve each defendant/respondent have not been received by the court.

(17)   ___   names in caption do not match names in text

(18)   ___   other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order.** Any papers which the Plaintiff

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, two copies of the following forms: Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the complaint and the

action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 30th day of November , 2006.

BY THE COURT:

_Boyd N Boland_

BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. **06 - CV - 02405**

Georgette Buchanan
Prisoner No. 128745
La Vista Corr. Facility
1401 W. 17th Street - Unit 4
Pueblo, CO 81003

    I hereby certify that I have mailed a copy of the **ORDER and two copies of
Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915** to
the above-named individuals on ___12-1-06___

                               GREGORY C. LANGHAM, CLERK

                          By: _____
                                        Deputy Clerk